UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    v.                                      Criminal Indictment
                                              No. 15-10338-FDS

ALEXANDER ALVARENGA

## NOTICE OF APPEARANCE

NOW COMES Bruce Linson and respectfully enters his appearance as counsel of record for defendant Alexander Alvarenga in the above-captioned matter.

                                          Respectfully submitted,

                                          /s/  *Bruce Linson*
                                          Bruce Linson, Esq.
                                          BBO No.  637413
                                          240 Commercial Street, Ste 3A
                                          Boston, Massachusetts   02109
                                          Telephone:  (617) 371-0900
                                          Facsimile:  (617) 391-0904

DATED:  May 20, 2016.

## CERTIFICATE  OF  SERVICE

I hereby certify that the foregoing motion has been filed through the CM/ECF system, and will be sent electronically to the individuals named on the Notice of Electronic Filing generated in connection herewith.

                                          /s/ *Bruce Linson*