UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA

       v.                              Criminal Indictment
                                       No. 15-10338-FDS
ALEXANDER ALVARENGA


              ASSENTED TO MOTION TO CONTINUE SENTENCING

   NOW COMES the defendant Alexander Alvarenga, and respectfully moves this Honorable Court to continue the sentencing hearing in this matter, currently scheduled for August 4, 2017 at 10 a.m., for an additional 60 days. Assistant United States Attorney Christopher Pohl, who represents the Government in this matter, assents to this request.

   As grounds for the motion, counsel for the defendant needs to travel out of town for a week to assist a family member having surgery, coincidently on August 4, 2017. Counsel then has his family vacation August 11-26. In addition to the foregoing, counsel seeks additional time after his return to prepare for the defendant's sentencing in this case. After conferring with counsel for the government, the parties request that the Court postpone the defendant's sentencing in this matter until the last week of September or first week October. Counsel is only <u>unavailable</u> September 25th and 29th or those 2 weeks.

WHEREFORE, the defendant prays that this Honorable Court allow his motion and continue the sentencing in this matter for an additional 60 days.

Respectfully submitted,                Respectfully submitted,

/s/ *Christopher Pohl*                 /s/ *Bruce Linson*
Christopher Pohl                       Bruce Linson, Esq.
Assistant U.S. Attorney                BBO No. 637413
John Joseph Moakley Courthouse         240 Commercial Street, Ste 3A
Suite 9200                             Boston, Massachusetts 02109
Boston, MA 02210                       Telephone: (617) 371-0900
Telephone: (617) 748-3100              Facsimile: (617) 391-0904

DATED: July 27, 2017.

CERTIFICATE OF SERVICE

I hereby certify that on this dates the foregoing motion has been filed through the CM/ECF system, and will be sent electronically to the individuals named on the Notice of Electronic Filing generated in connection herewith, including AUSA Christopher Pohl.

/s/ *Bruce Linson*